# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
*HAROLD A. ACKERMAN*
SENIOR JUDGE

UNITED STATES DISTRICT COURT
POST OFFICE BOX 999
NEWARK, NEW JERSEY 07101-0999

July 16, 2007

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:    2006 Financial Disclosure Report

Dear Judge Smith:

I have received your letter regarding my 2006 Financial Disclosure Report. I written in response to your request to clarify certain entries in Part VII that you state were not listed in my prior Report. I apologize for not responding sooner; I was out of Chambers for most of the month of June due to a medical procedure.

I have checked my 2006 Report and compared the entries to those found in my 2005 Report. With regard to Lines 58-59 and 62-63, I believe that these listed assets were duplicative of other assets listed earlier in the Report. In my revised 2006 Report, enclosed, I have deleted these entries. Regarding two of the Lines you cited, I believe that the discrepancies between the two reports result from slightly different descriptions of the assets in question. Below please find the assets you cited and the corresponding listing of the assets in my 2005 Report:

| 2006 Line | 2006 Description | 2005 Line | 2005 Description |
|---|---|---|---|
| 60 | New Jersey EDA WTR FCS | 27 | NJ Econ Dev Auth WTR FACS REV |
| 67 | New Jersey ST EDL FCS Kean Univ | 57 | New Jersey State EDL FCS A Kean Univ |

I apologize for any confusion. It appears that these assets were described differently in my statement from my financial advisor. I did not purchase these assets during the reporting period, and they were not previously exempt from disclosure. I have corrected these entries in my 2006 Report so that they correspond to the description used in my prior Report.

Enclosed please find three copies of my revised 2006 Report. If you require any additional information, please contact me.



...rely,

U.S.D.J.

HAA:jsp

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ackerman, Harold A | United States District Court | 06/21/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 305 USPO and Courthouse<br>P.O. Box 999<br>Newark, NJ 07101-0999 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 23 A 11:18 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 06/21/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | New Jersey Division of Pensions | $ 23,026.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University School of Law, Law and Economics Center | November 3-9 -- Captiva, FL -- Criminal Law (Transportation, Hotel, Meals) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 06/21/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dallas Fort Worth TX | A | Interest | J | T | | | | | |
| 2. Carlstadt, NJ School District | B | Interest | K | T | | | | | |
| 3. Bernards Township School District | A | Interest | J | T | | | | | |
| 4. Puerto Rico Commonwealth HWY | B | Interest | K | T | | | | | |
| 5. Miami-Dade County FL | A | Interest | J | T | | | | | |
| 6. Dallas Forth Worth TX | A | Interest | J | T | | | | | |
| 7. NJ EDA Garden State | A | Interest | J | T | | | | | |
| 8. NJ ECN DV at WTR | A | Interest | J | T | | | | | |
| 9. Salem Co. NJ Indl. INDL PCFA | A | Interest | J | T | | | | | |
| 10. NJ Economic Development Auth. | B | Interest | K | T | | | | | |
| 11. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 12. Port Authority NY and NJ Cons | B | Interest | K | T | | | | | |
| 13. Puerto Rico Commonwealth | A | Interest | K | T | | | | | |
| 14. Hillsborough Twsp. School District | A | Interest | J | T | | | | | |
| 15. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 16. NJ Health Care FCS | A | Interest | J | T | | | | | |
| 17. NJ Building Auth. St | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 06/21/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rutgers, State Univ. NJ | B | Interest | K | T | | | | | |
| 19. North Hudson Sew Auth. NJ | A | Interest | K | T | | | | | |
| 20. NJ Economic Development Auth. | A | Interest | J | T | | | | | |
| 21. NJ Sport Exp at Sport Compmx | A | Interest | K | T | | | | | |
| 22. NJ Economic Dev Auth Rev Clara Maass | A | Interest | J | T | | | | | |
| 23. NJ Econ Dev Auth Rev Clara Maass | A | Interest | K | T | Exchange | 12/21 | K | | |
| 24. NJ Econ Dev Auth WTR FCS | B | Interest | K | T | | | | | |
| 25. NJ EDA Nat. Gas | A | Interest | J | T | | | | | |
| 26. NJ State Var Purp | A | Interest | J | T | | | | | |
| 27. NJ HCFFA RV HSP | A | Interest | J | T | | | | | |
| 28. NJ EDA Water FC RV AMER WTR CO. | A | Interest | J | T | | | | | |
| 29. NJ State Hwy Auth Pkwy | A | Interest | J | T | | | | | |
| 30. West Deptford Twp. NJ | A | Interest | J | T | | | | | |
| 31. New Jersey Health Care FFA | A | Interest | J | T | | | | | |
| 32. Delaware River Port Auth. | A | Interest | J | T | | | | | |
| 33. Puerto Rico Commonwealth | A | Interest | K | T | | | | | |
| 34. New Jersey State EDL FACS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 36. NJ State Govt/UO | A | Interest | J | T | | | | | |
| 37. New Jersey EDL FFA REV | A | Interest | J | T | | | | | |
| 38. New Jersey St EFA Rev | A | Interest | K | T | | | | | |
| 39. South Jersey Transportation for NJ Transit System | A | Interest | J | T | | | | | |
| 40. Rutgers, State Univ of NJ | A | Interest | J | T | | | | | |
| 41. New Jersey Sports Exp A | A | Interest | J | T | | | | | |
| 42. New Jersey St Trans TR FO | A | Interest | J | T | | | | | |
| 43. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 44. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 45. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 46. New Jersey State Exempt FA | A | Interest | J | T | | | | | |
| 47. Dallas Fort Worth Tex ARPT | A | Interest | J | T | | | | | |
| 48. Denver Colo City & Cnty | A | Interest | J | T | | | | | |
| 49. Puerto Rico Comwlth Hwy | A | Interest | J | T | | | | | |
| 50. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |
| 51. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 06/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Massachusetts Bay Transn Auth SLS | A | Interest | J | T | | | | | |
| 53. California St | A | Interest | J | T | | | | | |
| 54. NJ Turnpike Authority | A | Interest | J | T | | | | | |
| 55. NJ Economic Development Authority -- NJ Natural Gas | A | Interest | J | T | | | | | |
| 56. NJ Economic Development Authority -- Motor Vehicle Surcharge | A | Interest | J | T | | | | | |
| 57. Miami-Dade County Florida International Airport | A | Interest | J | T | | | | | |
| 58. NJ Econ Dev Auth WTR FACS REV | B | Interest | K | T | | | | | |
| 59. Bayonne NJ Mun Utls Auth | A | Interest | J | T | Buy | 03/06 | J | | |
| 60. California St Various Purposes | A | Interest | J | T | Buy | 09/18 | J | | |
| 61. Port Auth NY & NJ | A | Interest | J | T | Buy | 06/09 | J | | |
| 62. New Brunswick NJ PKG | B | Interest | K | T | Buy | 07/19 | K | | |
| 63. New Jersey State EDL FCS A Kean Univ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 06/21/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date _____

NC____R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ackerman, Harold A | United States District Court | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 305 USPO and Courthouse <br> P.O. Box 999 <br> Newark, NJ 07101-0999 | <br> Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY -8 A 9:18
FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | New Jersey Division of Pensions | $ 23,026.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University School of Law, Law and Economics Center | November 3-9 -- Captiva, FL -- Criminal Law (Transportation, Hotel, Meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ackerman, Harold A | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dallas Fort Worth TX | A | Interest | J | T | | | | | |
| 2. Carlstadt, NJ School District | B | Interest | K | T | | | | | |
| 3. Bernards Township School District | A | Interest | J | T | | | | | |
| 4. Puerto Rico Commonwealth HWY | B | Interest | K | T | | | | | |
| 5. Miami-Dade County FL | A | Interest | J | T | | | | | |
| 6. Dallas Forth Worth TX | A | Interest | J | T | | | | | |
| 7. NJ EDA Garden State | A | Interest | J | T | | | | | |
| 8. NJ ECN DV at WTR | A | Interest | J | T | | | | | |
| 9. Salem Co. NJ Indl. INDL PCFA | A | Interest | J | T | | | | | |
| 10. NJ Economic Development Auth. | B | Interest | K | T | | | | | |
| 11. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 12. Port Authority NY and NJ Cons | B | Interest | K | T | | | | | |
| 13. Puerto Rico Commonwealth | A | Interest | K | T | | | | | |
| 14. Hillsborough Twsp. School District | A | Interest | J | T | | | | | |
| 15. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 16. NJ Health Care FCS | A | Interest | J | T | | | | | |
| 17. NJ Building Auth. St | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rutgers, State Univ. NJ | B | Interest | K | T | | | | | |
| 19. North Hudson Sew Auth. NJ | A | Interest | K | T | | | | | |
| 20. NJ Economic Development Auth. | A | Interest | J | T | | | | | |
| 21. NJ Sport Exp at Sport Compmx | A | Interest | K | T | | | | | |
| 22. NJ Economic Dev Auth Rev Clara Maass | A | Interest | J | T | | | | | |
| 23. NJ Econ Dev Auth Rev Clara Maass | A | Interest | K | T | Exchange | 12/21 | K | | |
| 24. NJ Econ Dev Auth WTR FCS | B | Interest | K | T | | | | | |
| 25. NJ EDA Nat. Gas | A | Interest | J | T | | | | | |
| 26. NJ State Var Purp | A | Interest | J | T | | | | | |
| 27. NJ HCFFA RV HSP | A | Interest | J | T | | | | | |
| 28. NJ EDA Water FC RV AMER WTR CO. | A | Interest | J | T | | | | | |
| 29. NJ State Hwy Auth Pkwy | A | Interest | J | T | | | | | |
| 30. West Deptford Twp. NJ | A | Interest | J | T | | | | | |
| 31. New Jersey Health Care FFA | A | Interest | J | T | | | | | |
| 32. Delaware River Port Auth. | A | Interest | J | T | | | | | |
| 33. Puerto Rico Commonwealth | A | Interest | K | T | | | | | |
| 34. New Jersey State EDL FACS | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
      U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 36. NJ State Govt/UO | A | Interest | J | T | | | | | |
| 37. New Jersey EDL FFA REV | A | Interest | J | T | | | | | |
| 38. New Jersey St EFA Rev | A | Interest | K | T | | | | | |
| 39. South Jersey Transportation for NJ Transit System | A | Interest | J | T | | | | | |
| 40. Rutgers, State Univ of NJ | A | Interest | J | T | | | | | |
| 41. New Jersey Sports Exp A | A | Interest | J | T | | | | | |
| 42. New Jersey St Trans TR FO | A | Interest | J | T | | | | | |
| 43. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 44. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 45. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 46. New Jersey State Exempt FA | A | Interest | J | T | | | | | |
| 47. Dallas Fort Worth Tex ARPT | A | Interest | J | T | | | | | |
| 48. Denver Colo City & Cnty | A | Interest | J | T | | | | | |
| 49. Puerto Rico Comwlth Hwy | A | Interest | J | T | | | | | |
| 50. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |
| 51. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Massachusetts Bay Transn Auth SLS | A | Interest | J | T | | | | | |
| 53. California St | A | Interest | J | T | | | | | |
| 54. NJ Turnpike Authority | A | Interest | J | T | | | | | |
| 55. NJ Economic Development Authority -- NJ Natural Gas | A | Interest | J | T | | | | | |
| 56. NJ Economic Development Authority -- Motor Vehicle Surcharge | A | Interest | J | T | | | | | |
| 57. Miami-Dade County Florida International Airport | A | Interest | J | T | | | | | |
| 58. New Jersey EDA WTR FCS | A | Interest | J | T | | | | | |
| 59. New Jersey EDA WTR FCS | A | Interest | J | T | | | | | |
| 60. New Jersey EDA WTR FCS | B | Interest | K | T | | | | | |
| 61. Bayonne NJ Mun Utls Auth | A | Interest | J | T | Buy | 03/06 | J | | |
| 62. New Jersey EDA WTR FCS | A | Interest | J | T | | | | | |
| 63. New Jersey EDA WTR FCS | A | Interest | K | T | | | | | |
| 64. California St Various Purposes | A | Interest | J | T | Buy | 09/18 | J | | |
| 65. Port Auth NY & NJ | A | Interest | J | T | Buy | 06/09 | J | | |
| 66. New Brunswick NJ PKG | B | Interest | K | T | Buy | 07/19 | K | | |
| 67. New Jersey ST EDL FCS Kean Univ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa                                                                                                    Date    5/2/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544